PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. BRENDAN B. BAKER                    Docket Number: 07-cr-00193-LTB-01

**Amended Petition for Issuance of Warrant Due to Violations of Supervised Release**

COMES NOW, Jerald Mason, probation officer of the Court, presenting an official report upon the conduct and attitude of Brendan B. Baker who was placed on supervision by the Honorable Lewis T. Babcock sitting in the Court at Denver, Colorado, on the 19th day of October, 2007, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special condition and terms as follows:

1.     The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

**REVOCATION:** On July 1, 2013, the defendant's supervised release was revoked. He was sentenced to 10 months imprisonment, to be followed by 23 months supervised release. The following special conditions were imposed:

1.     The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until he is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2.     The defendant shall reside in an approved residential reentry center for a period of up to 180 days, to commence upon release from imprisonment, and shall observe the rules of that facility.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attached here to and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that this petition amend the original violation petition dated June 3, 2014, to include violation numbers five (5) and six (6).

### ORDER OF THE COURT

Considered and ordered this __5th__ day of March, 2015, and ordered filed and made a part of the record in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

*s/Jerald Mason*

Jerald Mason
Senior U.S. Probation Officer

s/Lewis T. Babcock

Lewis T. Babcock
Senior U.S. District Court Judge

Place: Denver, Colorado
Date:  March 2, 2015

**ATTACHMENT**

On February 14, 2014, the conditions of supervised release were read and explained to the defendant. On this date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy. The defendant's second term of supervised release commenced on February 7, 2014.

**5.      VIOLATION OF THE LAW:**

On or about May 23, 2014, the defendant committed the following offense: Robbery-Aggravated-Possess Real Simulated Weapon, Colorado Revised Statutes (C.R.S.) § 18-4-302, which constitutes a Grade A violation of supervised release.

This charge is based on the following facts:

The information obtained in this report is taken verbatim from the Jefferson County Probation Department Presentence Report.

The affidavit in support of warrantless arrest submitted by the Lakewood Police Department shows on May 23, 2014, the defendant entered the First Bank located on Union Boulevard in Lakewood, Colorado and committed an armed bank robbery.  The defendant approached the victim, informed her he was robbing the bank, demanded money and threatened the victim with a gun, placing the gun on the counter in front of the victim.  The victim, fearing for her life, complied with the defendant's demands.  The defendant's actions were being witnessed by one of the victim's co-workers who initiated her robbery alarm.  The defendant left the bank and could not be located on the date of the offense.  Through investigation, law enforcement were able to identify the defendant and responded to a federal community corrections program, where he was taken into custody.

On February 5, 2015, the defendant pled guilty in Jefferson County District Court, Case Number 14CR1393, to Robbery-Aggravated-Possess Real Simulated Weapon, Felony 3, and was sentenced to 18 years in the Colorado Department of Corrections.

**6.      POSSESSION OF A FIREARM**

On or about May 23, 2014, the defendant was in possession of a firearm, which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

The information obtained in this report is taken verbatim from the Jefferson County Probation Department Presentence Report.

The information pertaining to the defendant's possession of a firearm was obtained from the Jefferson County Probation Department Presentence Report and reflects the following information:  On May 23, 2014, the defendant entered the First Bank located on Union Boulevard in Lakewood, Colorado and committed an armed bank robbery.  The defendant approached the victim, informed her he was

robbing the bank, demanded money and threatened the victim with a gun, placing the gun on the counter in front of the victim.  The victim, fearing for her life, complied with the defendant's demands. The defendant's actions were being witnessed by one of the victim's co-workers who initiated her robbery alarm.  The defendant left the bank and could not be located on the date of the offense. Through investigation, law enforcement were able to identify the defendant and responded to a federal community corrections program, where he was taken into custody.